IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-069-RLV-DCK

| | | |
|---|---|---|
| MARILYN CIOCIOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BAYER HEALTHCARE PHARMACEUTICALS INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by William B. Holman, concerning Stephen R. Hunt, Jr. on May 1, 2013. Stephen R. Hunt, Jr. seeks to appear as counsel *pro hac vice* for Plaintiff Marilyn Ciociole. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Stephen R. Hunt, Jr. is hereby admitted *pro hac vice* to represent Plaintiff Marilyn Ciociole.

**SO ORDERED**.

Signed: May 1, 2013

David C. Keesler
United States Magistrate Judge