IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-069-RLV-DCK

| | |
|---|---|
| MARILYN CIOCIOLE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BAYER HEALTHCARE PHARMACEUTICALS INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by William B. Holman, concerning Mitchell G. Allen on May 1, 2013. Mitchell G. Allen seeks to appear as counsel *pro hac vice* for Plaintiff Marilyn Ciociole. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mitchell G. Allen is hereby admitted *pro hac vice* to represent Plaintiff Marilyn Ciociole.

**SO ORDERED**.

Signed: May 1, 2013

David C. Keesler
United States Magistrate Judge